AO 442 (Rev. 10/03) Warrant for Arrest

**SEALED**

# United States District Court

DISTRICT OF Kansas

UNITED STATES OF AMERICA

V.

DAVID MICHAEL HEAGNEY

## WARRANT FOR ARREST

CASE NUMBER: 14-40080-CM

1:14-mj-1107-KMT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DAVID MICHAEL HEAGNEY__
<br>Name

and bring him or her forwith to the nearest magistrate judge to answer a(n)

SEALED

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her  (brief description of offense)

Ct. 1 - 18 USC 2250(a): Failure to Register

in violation of ___18___ United States Code, Section(s) ___2250(a)___

| TIMOTHY M. O'BRIEN | *M. Barnes, Deputy Clerk* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | July 2, 2014   at Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# SEALED

## THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO: 14- 40080-CM |
| ) | |
| DAVID MICHAEL HEAGNEY, ) | |
| ) | |
| Defendant. ) | |

## SEALED INDICTMENT

The Grand Jury charges:

### Count One
### Failure to Register

Beginning on or about February 10, 2014, and continuing to on or about June 20, 2014, in the District of Kansas and elsewhere, the defendant,

DAVID MICHAEL HEAGNEY,

a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction in the State of Kansas of Aggravated Indecent Solicitation of a Child Less than 14, case #02CR86, and who traveled in interstate or foreign commerce by registering in the State of Colorado as a sex offender then returning to the State of Kansas, knowingly failed to register and update a registration as required by the Sex Offender Registration and

1

Notification Act, in violation of Title 18, United States Code, Section 2250(a),

with reference to Title 42, United States Code, Section 16911 et. seq.

### A TRUE BILL.

July 2, 2014                           s/Foreperson
DATE                                   FOREPERSON OF THE GRAND JURY

/s/Christine E. Kenney #13542 for
Barry R. Grissom
United States Attorney
District of Kansas

[It is requested that trial be held in Topeka, Kansas]

**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Date Filed: 7/2/14
Clerk, U.S. District Court
By _____ Deputy Clerk

2