IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-mj-01107-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MICHAEL HEAGNEY,

    Defendant.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:08 pm, Aug 13, 2014
**JEFFREY P. COLWELL, CLERK**

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_Johnson@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2014, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant U.S. Attorney
Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

David Michael Heagney   (via Mail)
Reg. No. 40588-013
c/o Federal Detention Center

                                    s/David E. Johnson
                                    DAVID E. JOHNSON
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    David_Johnson@fd.org
                                    Attorney for Defendant