

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294

Jeffrey P. Colwell
*Clerk of Court*

(303) 844-3433

August 21, 2014

Frank Carlson Federal Building and
  United States Courthouse
444 Southeast Quincy Street,
  Room 490
Topeka, KS 66683

USA v. David Michael Heagney
Colorado Case Number: 14-mj-01107-KMT
Receiving Court Case Number: 14-40080-CM

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.   Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Sincerely,

Jeffrey P. Colwell, Clerk


by: s/ S. Grimm
        Deputy Clerk