

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294

Jeffrey P. Colwell
*Clerk of Court*

(303) 844-3433



RECEIVED
AUG 2 5 2014
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

August 21, 2014

Frank Carlson Federal Building and
 United States Courthouse
444 Southeast Quincy Street,
 Room 490
Topeka, KS 66683

USA v. David Michael Heagney
Colorado Case Number: 14-mj-01107-KMT
Receiving Court Case Number: 14-40080-CM

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Sincerely,

Jeffrey P. Colwell, Clerk

by: s/ S. Grimm
    Deputy Clerk

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 9 2014

JEFFREY P. COLWELL
CLERK